**HOWARD LEADER**
ATTORNEY AT LAW
11 PARK PLACE
SUITE 1715
NEW YORK, NEW YORK 10007
TELEPHONE (646) 533-7696
FACSIMILE (212) 545-7514
E-MAIL HOWARD.LEADER@GMAIL.COM

VIA ECF

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

August 9, 2016

<u>United States v. Carlos Jose ZAVALA VELASQUEZ</u>
15 Cr. 174 (LGS)

Dear Judge Schofield:

    This letter is to advise the Court that I have been retained to represent Carlos Jose Zavala Velasquez in connection with the above-referenced matter. I am filing my Notice of Appearance ECF today.

    Mr. Zavala is currently represented by Jill R. Shellow, Esq. It is my request, therefore, that Ms. Shellow be relieved and that I be permitted to represent this defendant. To that end, it is my understanding that the Court will want to schedule a conference to address the issue. Ms. Shellow advises that she can be available for that purpose next week, if the Court will permit.

Respectfully submitted,

HOWARD LEADER

cc: all Counsel of record (VIA EMAIL AND ECF)