---------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

                                          NOTICE OF APPEARANCE

                                          15 Cr. 174 (LGS)

CARLOS JOSE ZAVALA VELASQUEZ,

                     Defendant.
---------------------------------------------------------x

PLEASE BE ADVISED THAT I have been retained to represent the above-referenced individual in this matter. I have been a member of the bar of this District since October 25, 1988, and am currently in good standing.

My details are as follows:

                            Howard Leader
                            Attorney at Law
                            11 Park Place, suite 1715
                            New York, NY 10007
                            Tel: (646) 533-7696
                            Fax: (212) 545-1745
                            E-mail: howard.leader@gmail.com
                                        lawleader@yahoo.com

August 9, 2016

*[signature]*

HOWARD LEADER