# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2016

September 18, 2016

Application Granted. The Clerk of the Court is directed to terminate Ms. Shellow as counsel for defendant Carlos Velasquez. The Clerk of the Court is further directed to terminate the letter motions at docket numbers 59 and 67.

Dated: September 22, 2016
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE: *United States v. Carlos Jose Zavala Velasquez*, 15-cr-174 (LGS)

Dear Judge Schofield:

I write to request respectfully that I be permitted to withdraw as counsel for Carlos Jose Zavala Velasquez. Now that Mr. Zavala has been moved out of the SHU, he has been able to consult with his family. He has advised me that his family has retained Howard Leader, Esquire, and that he would like henceforward to be represented by Mr. Leader.

On Monday, September 12, I gave Mr. Leader a copy of the Protective Order filed on August 3, the discovery produced to-date by the Government, and the Government's discovery transmittal correspondence. I also advised Mr. Leader of the schedule set by Your Honor, namely that defense motions are due on October 14, the Government's response is due November 4, defense replies are due November 18, and the next conference is set for December 15, 2016 at 10:30 a.m. *See* Dkt. Entry #51.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc: AUSA Emil Bove (by email)
    Howard Leader (by email)
    All counsel (by ECF)
    Carlos Jose Zavala Velasquez (by legal mail)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC