```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA                                     :
                                  Plaintiff,                 :
                                                             :         15 Cr. 174 (LGS)
             -against-                                       :
                                                             :         SCHEDULING ORDER
LUDWIG CRISS ZELAYA ROMERO, et al.,                          :
                                  Defendants,                :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2016

LORNA G. SCHOFIELD, District Judge:

WHEREAS a conference was held before the Court on December 15, 2016, it is hereby,

**ORDERED** that the Government shall produce any outstanding discovery by **December 23, 2016**. It is further,

**ORDERED** that with the exception of Defendant Romero, any discovery motions shall be filed by **December 23, 2016**. The Government shall file its response by **January 13, 2017**. Defendants' shall file their reply by **January 20, 2017**. The parties shall meet and confer with the Government in an attempt to resolve discovery disputes prior to making any application to the Court. It is further,

**ORDERED** that Defendant Romero shall file any discovery motions no later than **January 23, 2017**. The Government shall respond by **January 30, 2017**. Defendant Romero shall reply by **February 6, 2017**.

**ORDERED** that the parties shall submit status letters regarding any issues relating to the discovery on **January 18, 2017** and **February 15, 2017**. It is further,

**ORDERED** that all other motions, shall be filed by **March 3, 2017**. Responses, if any, shall be filed by **March 24, 2017**. Replies, if any, shall be filed by **March 31, 2017**. To the extent possible, Defendants shall coordinate the filing of their respective motions to eliminate

duplicative filings.  It is further,

ORDERED that the parties shall appear for a status conference on **March 8, 2017 at 11:00 a.m.**  In the event no motions have been filed, the Court will set a firm trial date at this conference.  It is further,

ORDERED that the letter motion at docket number 85 is DENIED as MOOT.  The Clerk of the Court is directed to terminate this motion.  It is further,

ORDERED that for the reasons stated on the record, the Court authorizes the ordering of the December 15, 2016 transcript by CJA counsel.  It is further,

ORDERED that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between December 15, 2016 until March 8, 2017 outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).

The parties are reminded that discussions regarding the possible disposition of this matter will not stay the aforementioned schedule, and in light of the time allotted, no extensions of the schedule will be granted absent extraordinary circumstances.

Dated: December 16, 2016
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE