```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA                                 :
                                    Plaintiff,              :
                                                            :      15 Cr. 174 (LGS)
                    -against-                               :
                                                            :              ORDER
   LUDWIG CRISS ZELAYA ROMERO, et al.,                      :
                                    Defendants,             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **03/23/2017**

LORNA G. SCHOFIELD, District Judge:

WHEREAS status conference was held before the Court on March 23, 2017.  It is hereby,

**ORDERED** the Defendants' non-discovery motions, if any, shall be filed by **June 23, 2017**.  The Government's response shall be filed by **July 21, 2017**.  Defendants' reply, shall be filed by **August 4, 2017**.  It is further,

**ORDERED** that the Government shall file status letters on **May 4, 2017** and **August 31, 2017**.  It is further,

**ORDERED** the parties shall appear for a status conference on **September 7, 2017 at 4:30 p.m.**  It is further,

**ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today and September 7, 2017, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. 161(h)(7)(A).  The time between today and September 7, 2017 is hereby excluded.

Dated: March 23, 2017
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**