*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 5, 2017

Via ECF
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York

      Re:    <u>United States v. Ludwig Criss Zelaya Romero, *et al.*,</u>
              S1 15 Cr. 174 (LGS)

Dear Judge Schofield:

      The Government respectfully submits this status letter pursuant to the Court's March 23, 2017 Order. (Dkt. No. 132). The Government has not received any materials from Honduras in response to the request for legal assistance transmitted on August 8, 2016. In early April 2017, defendants Juan Manuel Avila Meza and Carlos Jose Zavala Velasquez produced materials to the Government pursuant to the Court's March 22, 2017 Opinion and Order. (Dkt. No. 131). The Government is not aware of any other pending issues relating to discovery.

      Respectfully submitted,

      JOON H. KIM
      Acting United States Attorney

By:    _____
      Emil J. Bove III
      Matthew J. Laroche
      Assistant United States Attorneys
      (212) 637-2444

Cc:    Defense Counsel
       (Via ECF)