```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                         :     ORIGINAL
UNITED STATES OF AMERICA                 :
                                         :     WAIVER OF INDICTMENT
       - v. -                            :
                                         :     S4 15 Cr. 174 (LGS)
CARLOS JOSE ZAVALA VELASQUEZ,            :
                                         :
                       Defendant.        :
- - - - - - - - - - - - - - - - - - - - x
```

        The above-named defendant, who is accused of violating Title 21, United States Code, Section 963, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Date:    New York, New York
         June 15, 2017.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

