UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

- against -

CARLOS ZAVALA-VELASQUEZ

                Defendant.
-----------------------------------------------------------------x

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE
JUDGE ON A FELONY PLEA ALLOCUTION

15 CR 174 (LGS)

Before:

U.S.M. J.

    I, the undersigned defendant, advised by my attorney, consents to a United States Magistrate Judge presiding over the proceedings required by Rule 11, Fed, R. Crim. P., for me to enter a plea of guilty in my case, or to change my plea, if one has been previously made, from not guilty to guilty. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

    I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before a United States District Judge, and hereby represent and confirm to the United States Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

    IN WITNESS WHEREOF we have executed this consent this 15th day of June, 2017 at NY, New York.

x _____
      Defendant

x _____
      Attorney for Defendant

Accepted by: _____
      United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 15 2017