```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA           :
                                   :
     - v. -                        :     ORDER
                                   :
CARLOS JOSE ZAVALA VELASQUEZ,      :     S4 15 Cr. 174 (LGS)
                                   :
                    Defendant.     :
- - - - - - - - - - - - - - - - - - X
```

WHEREAS, with the consent of defendant CARLOS JOSE ZAVALA VELASQUEZ, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on June 15, 2017;

WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:   June ____, 2017
         New York, New York

                                   _____
                                   HONORABLE LORNA G. SCHOFIELD
                                   United States District Judge
                                   Southern District of New York