

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 2, 2017

Via ECF
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York

   Re: <u>United States v. Ludwig Criss Zelaya Romero, *et al.*,
      15 Cr. 174 (LGS)</u>

Dear Judge Schofield:

   The Government respectfully submits this letter regarding the status of discovery. On July 10, 2017, the Government made available to defense counsel hard drives containing materials provided by Honduras in response to requests for legal assistance from the United States. Although the investigation is ongoing, all materials in the Government's possession at this time that are subject to Rule 16 and *Brady* have been made available to defense counsel.

              Respectfully submitted,

              JOON H. KIM
              Acting United States Attorney

       By: _____
          Emil J. Bove III
          Matthew J. Laroche
          Assistant United States Attorney
          (212) 637-2444

Cc: Defense Counsel
   (Via ECF)