**HOWARD LEADER**
ATTORNEY AT LAW
11 PARK PLACE
SUITE 1715
NEW YORK, NEW YORK 10007
TELEPHONE (646) 533-7696
FACSIMILE   (212) 545-7514
E-MAIL HOWARD.LEADER@GMAIL.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2017
```

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

September 11, 2017

<u>United States v. Carlos ZAVALA VELASQUEZ, *et al.*</u>
15 Cr. 174 (LGS)

Dear Judge Schofield:

 I write to you as the attorney of record representing Mr. Zavala in this matter. This letter is respectfully submitted for the purpose of requesting an adjournment of the sentencing, currently scheduled for October 3, 2017. This is the first such request and the government consents.

 The reason for the request is the adjournment will help facilitate my discussions with the government in an effort to narrow the issues at sentencing.

 I understand from Chambers that, if the Court grants the application, we are likely to be rescheduled for late November or early December. We have no objection, and this comports with the government's desire to proceed no sooner than November, in light of my request.

Respectfully submitted,

*Howard Leader*

HOWARD LEADER

Application Granted.  Defendant Carlos Jose Zavala Velasquez's sentencing hearing is adjourned to December 7, 2017. Defendant's pre-sentencing submission shall be filed by November 27, 2017. The Government's pre-sentencing submission, if any, shall be filed by November 29, 2017.  The Clerk of the Court is directed to terminate the letter motion at docket number 251.

Dated: September 13, 2017
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE