USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2018

**Howard Leader**
Attorney at Law
11 Park Place
Suite 1715
New York, New York 10007
Telephone (646) 533-7696
Facsimile  (212) 545-7514
E-mail howard.leader@gmail.com

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Application Granted. Defendant Carlos Jose Zavala Velasquez's sentencing hearing is adjourned from February 8, 2018 to March 15, 2018 at 4:30 p.m.  Defendants pre-sentencing submission shall be filed by March 1 2018.  The Governments pre-sentencing submission, if any, shall be filed by March 5, 2018. The Clerk of the Court is directed to terminate the letter motion at docket number 290.

Dated: January 12, 2018
New York, New York

*[signature]*
Lorna G. Schofield
United States District Judge

United States v. Carlos ZAVALA VELASQUEZ, *et al.*
15 Cr. 174 (LGS)

Dear Judge Schofield:

    I write to you as the attorney of record representing Mr. Zavala in this matter. This letter is respectfully submitted for the purpose of requesting a further adjournment of the sentencing, now scheduled for February 8, 2018. The government consents.

    The reason for the request is the adjournment will facilitate my discussions with the government in an effort to narrow the issues at sentencing, as well as afford me more time to file Objections and Comments to the draft PSR with Probation in anticipation of the disclosure of the PSR to the Court. I had fully expected to be able to accomplish these matters before now. However, this has not proven to be the case. Again, the Court may recall that this was the basis for my two earlier requests, to which the government consented and which the Court granted.

    No doubt part of the reason why I have yet to resolve the sentencing issues with the government is due in part to the extended Holiday Season. The hiatus for many only concluded at the end of last week.

    Accordingly, and after consulting with Probation, I am compelled to request a further thirty-day adjournment of my client's sentencing. It is my

intention that, barring some entirely unforeseen circumstance, this will be my last such request in this matter.

                        Respectfully submitted,

                        *Howard Leader*

                        HOWARD LEADER

cc: Emil J. Bove, III. Esq.
    Matthew Laroche, Esq.,
      Assistants United States Attorney

    Jemmard Thomas,
      United States Probation Officer        (VIA EMAIL AND ECF)