```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                    Plaintiff,              :
                                                            :          15 Cr. 174-05 (LGS)
            -against-                                       :
                                                            :                 ORDER
CARLOS JOSE ZAVALA VELASQUEZ,                               :
                                    Defendant,              :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Carlos Jose Zavala Velasquez's sentencing hearing previously scheduled for May 22, 2018 at 4:30 p.m., shall be adjourned to **June 26, 2018 at 4:30 p.m**. The Government's pre-sentencing submission, if any, shall be filed by June 7, 2018.

Dated: May 23, 2018
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**