Beaumont. Tx.   4-2-2020
April-2-2020

United States District Court.
Southern District Court of New York
The Daniel Patrick Moynihan United States Courthouse
U.S. Courthouse - 500 Pearl street.

Carlos Zavala
   Defendant.         N: 15 Cr. 174 (LGS)

DOC #_____

RE : Solicitud de ampliación de tiempo
       Time extension Request. to 2255

The defendant Carlos José Zavala Velasquez with all due respect, presents to the Honorable Court a consideration to request an extension of time of 9 (nine) months from May 15, 2020.

This to be able to present before the Honorable Court, the complete and legally

Certified 7018 3090 0002 1262 6915          1 - 4

Structured document of motion 2255, where I will present valid arguments to be considered and reviewed by the Honorable Court, since they are elements that were not and have not been considered in my case.

## Grounds

### Ground One.
Lack of "Subject matter Jurisdiction and Venue" in Violation of the Fith and Sixth amendment, Provicion International Customary Law, inclundind Lack Lack of Compliance with due process.

### Ground two
Plea of guilty Constitutional invalid, because the Court Lack Jurisdiction to acepted the plea upon Informatiad.

### Ground three
Violation of the Vienna Convention, Article # 36 to rule 5 (d)(1)(f) and 58(b)(H).

certified 7018 3090 0002 1262 6915            2 - 4

Ground Four,
Violation of the United Nations Convention against Illicit trafficking in Narcotic drug and Psychotropic Substances of 1988, Article #3, Numeral 2 and 3. Article #7 Numeral 2, regarding mutual Legal Assistance.

Ground Five
Violation of Mutual Legal assistance (MLAT) treaty of Santo Domingo, Dominican Republic of 2006

Ground Six
Violation of the Interamerican Convention on Extradition, Article 21 Paragraph "b" regarding to the extradition. Article 13 Numeral 1 Paragraph "a", "b" and "c"; Numeral 2 regarding at the Beginning of the Specialty.
and others International Costumary Laws.

Ground Seven
Ineffective Assistance of Counsel.

I base the present application, by Virtue of the current events that are developing in the United States and the whole World with the "CoronaVirus Pandemic."
This has forced the Justice System to limit its operation, closing normal activities in the Courts and the Federal Prison System (BOP) to take severe quarantine and isolation measures, which caused the closing of the legal library and there is not the necessary legal assistance of a paralegal to help develop and structure a legal document, In addition to this, the post has suffered delay in some important documents that will be presented in the Motion.

I respectfully request that this document be duly filed where appropiate. Without any other particular.

Carlos Jose Zavala Velasquez.
ID. 91115-054

Certified 7018 3090 0002 1262 6915

4-4