

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2020

<u>Via ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

      Re:    <u>**United States v. Carlos Jose Zavala Velasquez,**</u>
              **S1 15 Cr. 174 (LGS)**

Dear Judge Schofield:

    We write to notify the Court that the Government has served the Court's April 14, 2020 order on the defendant by certified mail. (Dkt. 436). Attached as Exhibit A is proof of service.

                        Respectfully submitted,

                        GEOFFREY S. BERMAN
                        United States Attorney

        By:      /s/
               Emil J. Bove III
               Matthew Laroche
               Jason A. Richman
               Elinor Tarlow
               Assistant United States Attorneys
               (212) 637-2589