UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA                  :
                      Plaintiff,        :
                               :
        -against-                  :        15 Crim. 174-05 (LGS)
                               :
CARLOS JOSE ZAVALA-VELASQUEZ,    :        **ORDER**
                      Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 8, 2020, Defendant Zavala-Velasquez filed a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) based on extraordinary and compelling reasons related to the unprecedented COVID-19 virus pandemic (Dkt. No. 443).  It is hereby

**ORDERED** that the Government shall file a response by **June 23, 2020**.  The Government is directed to email if possible and mail a copy of this order to Defendant Zavala-Velasquez and file proof of service by **June 11, 2020**.

Dated: June 9, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE