IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

NEW YORK CITY DIVISION

| | | |
|---|---|---|
| CARLOS JOSE ZAVALA VELASQUEZ, | § | |
| Petitioner; | § | |
| | § | 20 CIV. 4328 (LGS) |
| v. | § | |
| | § | 15 CRIM. 174-5 (LGS) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## MOTION FOR LEAVE TO SUBMIT SURREPLY ADDRESSING GOVERNMENT'S SURREPLY

Comes CARLOS JOSE ZAVALA VELASQUEZ, Petitioner ("Zavala"), and submits this motion for leave to submit a surreply addressing the claims raised by the Government in its surreply. Zavala will show the Government's surreply contains false and misleading information, including alleged testimony by alleged witnesses who are either dead or irrelevent to this instant cause. In light of this Court having ordered the Government to submit a surreply in response to Zavala's record-expanding Reply, he, Zavala, respectfully requests leave to submit a short surreply in order to clean up more of the mess made by the Government.

Respectfully Submitted,

Carlos Jose Zavala Velasquez, pro se
Reg. No. 91115-054
FCI Beaumont Low
P.O. Box 26020
Beaumont, TX 77720

## DECLARATION

I, CARLOS JOSE ZAVALA VELASQUEZ, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of October, 2021.

                                         Carlos Jose Zavala Velasquez, pro se
                                         Reg. No. 91115-054
                                         FCI Beaumont Low
                                         P.O. Box 26020
                                         Beaumont, TX 77720

## CERTIFICATE OF SERVICE

I, CARLOS JOSE ZAVALA VELASQUEZ, do hereby certify that on the 18th day of October, 2021, a true and correct copy of the foregoing was deposited into the outgoing legal mail for this institution with postage prepaid and affixed, and was addressed to:

                           UNITED STATES DISTRICT COURT
                           SOUTHERN DISTRICT OF NEW YORK
                                 U.S. COURTHOUSE
                                 500 PEARL STREET
                                 NEW YORK, NY 10007

In light of my pro se, prisoner litigant status, coupled with my institution's modified operations in light of COVID-19, I respectfully request electronic service upon the attorney for the United States.

                                         Carlos Jose Zavala Velasquez, pro se

CARLOS JOSE ZAVALA VELASQUEZ #91115-054
FCI BEAUMONT LOW
P.O. BOX 26020
BEAUMONT TX 77720

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2021 OCT 29 PM 2: 43