```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CARLOS JOSE ZAVALA VELASQUEZ,                                 :
                                                              :
                              Plaintiff,                      :   20 Civ. 4328 (LGS)
                                                              :   15 Crim. 174-5 (LGS)
             -against-                                        :
                                                              :   ORDER
UNITED STATES OF AMERICA,                                     :
                                                              :
                              Defendant.                      :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 5, 2021, the Government was ordered to re-file all past documents related to the 2255 petition as exhibits in one entry in the civil docket by October 8, 2021;

WHEREAS, the Government has not filed those documents;

WHEREAS, on October 5, 2021, the parties were ordered to file all future documents related to the 2255 petition in both the criminal and the civil docket;

WHEREAS, on October 4, 2021, the Government submitted an unredacted surreply to Chambers by email without filing any version of the surreply on either the criminal or the civil docket;

WHEREAS, "Judicial documents are subject at common law to a potent and fundamental presumptive right of public access that predates even the U.S. Constitution." *Mirlis v. Greer*, 952 F.3d 51, 58-59 (2d Cir. 2020).

WHEREAS, this Court's Individual Rules and Procedures for Criminal Cases C.3 governs the rules for filings documents under seal. It is hereby

**ORDERED** that the Government shall, in one docket entry, file a letter and attach to the letter as exhibits all past documents related to the 2255 petition as exhibits, including filings by

Petitioner and the Government and any related court orders. Each exhibit shall be labelled clearly and include the corresponding docket number in the criminal docket. The Government shall file the letter and the exhibits **by November 5, 2021.** It is further

**ORDERED** that the Government shall file a letter with the proposed redactions highlighted as outlined in Individual Rules C.3 **by November 5, 2021.**

Dated: November 3, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE