UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
CARLOS JOSE ZAVALA VELASQUEZ,            :
:
                            Petitioner,    :   20 Civ. 4328 (LGS)
:   15 Crim. 174-5 (LGS)
              -against-                   :
:   ORDER
UNITED STATES OF AMERICA,                 :
:
                           Respondent.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 2, 2021, the Court granted Petitioner's leave to file a sur-surreply and ordered that it not exceed four pages;

WHEREAS, Petitioner filed a sur-surreply that is eleven pages long. (Dkt. No. 14). It is hereby

**ORDERED** that the sur-surreply filed on November 4, 2021, is stricken. Petitioner may file a sur-surreply not to exceed four pages by December 10, 2021.

The Clerk of Court is respectfully directed to strike the sur-surreply at Dkt. No. 14 in the civil docket (20 Civ. 4328) and at Dkt. No. 542 in the criminal docket (15 Crim. 174-5) and mail a copy of this Order to pro se Petitioner.

Dated: November 8, 2021
        New York, New York

                                                    LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE