DECEMBER 01, 2021

CARLOS JOSE ZAVALA VELASQUEZ
REG. NO. 91115-054
FCI BEAUMONT LOW
P.O. BOX 26020
BEAUMONT, TX 77720

UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT CLERK
U.S. COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

RE: **JUDICIAL NOTICE REGARDING ERRONEOUS DOCKET (15 Cr. 174)**

Dear District Clerk:

   Greetings. This judicial notice stylized as a letter is intended to notify the Court of the following error in the docket of the above-styled and numbered case.

   Specifically, in my proceedings under 2255, the Court recently allowed me to have a motion (surreply) "unstruck" and ordered it restored to the docket. In Doc. 543, the Court ordered Doc. 542 to be restored to the docket; however, in doing so, the entering party misstated that Doc. 542 pertained to "3582(c)(1)(A)(i)." This is incorrect, as the document-in-question (surreply) relates to "28 U.S.C. § 2255."

   When reviewing the civil docket [20 Civ. 4328], the restored document was placed at Doc. 14 (restored via the Doc. 18 order). It correctly lists the § 2255 statute.

   Doc. 542 of the criminal docket is the same as Doc. 14 of the civil docket.

   This notice is not intended to disrupt the proceedings but to ensure an accurate record is available to the parties, the Court, and the public.

   Thank you for your attention into and assistance with this matter.

Respectfully Submitted,

Carlos Jose Zavala Velasquez, pro se

DECLARATION

I, CARLOS JOSE ZAVALA VELASQUEZ, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of December, 2021.

---

Carlos Jose Zavala Velasquez, pro se
Reg. No. 91115-054
FCI Beaumont Low
P.O. Box 26020
Beaumont, TX 77720

CERTIFICATE OF SERVICE

I, CARLOS JOSE ZAVALA VELASQUEZ, do hereby certify that on the 1st day of December, 2021, a true and correct copy of the foregoing was deposited into the outgoing legal mail for this institution with postage prepaid and affixed, and was addressed to the following:

> UNITED STATES DISTRICT COURT
> UNITED STATES DISTRICT CLERK
> U.S. COURTHOUSE
> 500 PEARL STREET
> NEW YORK, NY 10007

In light of my pro se, prisoner litigant status, I respectfully request electronic service upon the attorney for the United States.

Carlos Jose Zavala Velasquez, pro se
Reg. No. 91115-054



CARLOS JOSE ZAVALA VELÁSQUEZ #91115-054
FCI BEAUMONT LOW
P.O. BOX 26020
BEAUMONT, TX 77720

UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT CLERK
U.S. COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007